**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

SUSAN DEMATO                     :
                                 :
          Plaintiff           :
                                 :
vs.                              :     Civil Action No.:
                                 :
WALMART INC.                     :
                                 :
          Defendant          :     JANUARY 27, 2023

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, defendant, **Walmart Inc.,** hereby gives notice of the removal of the above-captioned action from the Superior Court of Connecticut, J.D. of Litchfield at Torrington, which is the judicial district in which said action will be filed based upon plaintiff's caption[1]. The grounds for removal are as follows:

1.      By way of complaint dated December 29, 2022, the plaintiff, Susan Demato, commenced a civil action against Walmart Inc. in the Superior Court of

---

[1] The Return Date in State Court is February 14, 2023. The case has not yet been returned to court.

1

Conway Stoughton LLC • Attorneys at Law
641 Farmington Avenue, Hartford, CT 06105
(860) 523-8000 • Fax (860) 523-8002 • JURIS NO. 421209

Connecticut, J.D. of Litchfield at Torrington, titled <u>Susan Demato v. Walmart Inc.</u> (the "Litchfield Action").

2.   The plaintiff's Complaint alleges that as a result of the negligence of the defendant, the plaintiff was entering the premises of the defendant when she tripped and fell due to an unsecure, loose and ripped rug on the floor. She claims to have sustained injuries to her right and left knee, some of which injuries are allegedly permanent in nature. The Complaint states that the plaintiff incurred medical expenses and will continue to do so in the future. It further alleges that the plaintiff's health has been permanently impaired and in the future the plaintiff will continue to suffer pain and injury as well as future medical expenses. The demand for relief claims monetary damages in excess of $15,000.

3.   This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1441 and 1332 because complete diversity exists between the plaintiff and the defendant, and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

4.   There is complete diversity of citizenship between the plaintiff and the defendant. Plaintiff is an individual who is a citizen of the State of Connecticut.

2

Defendant Walmart Inc. is a Delaware corporation with a principal place of business in Bentonville, Arkansas.

5. Upon information and belief, the value of the Litchfield Action exceeds the sum or value of $75,000, exclusive of interest and costs. The amount in controversy exceeds such sum or value based on the need for future surgery and a torn left meniscus. This conclusion is bolstered by the plaintiff's pre-suit medical treatment, her pre-suit demand of $84,000.00, and the future medical expenses she claims she will incur due to surgery.

6. This Notice of Removal is being timely filed within 30 days after the receipt by defendant, Walmart Inc., through service of a copy of the initial pleading setting forth the claim for relief upon which plaintiff's claims are based, pursuant to 28 U.S.C. § 1446. Plaintiff served her Summons and Complaint in the Litchfield Action on defendant Walmart Inc., on both December 30, 2022 and January 3, 2023. Accordingly, the time for filing this Notice under the provisions of 28 U.S.C. § 1441 has not expired.

7. This Court would have had original subject matter jurisdiction of this action under the provisions of 28 U.S.C. § 1332 if the Litchfield Action had originally

3

been brought in Federal court. Removal, therefore, is proper under 28 U.S.C. § 1441(a).

8.      Removal of this case on the basis of diversity citizenship is not precluded by 28 U.S.C § 1441(b)(2) because none of the parties in interest has joined and served as a defendant a citizen of the State of Connecticut, which is the State in which the Torrington Action was brought.

9.      All state court papers served on the defendant at the time of removal, consisting of the summons and complaint, are attached hereto as **Exhibit A**.

10.     Written notice of the filing of this Notice has been given to all parties as required by law (**Exhibit B**).

12.     Pursuant to 28 USC §1446(d), the defendant will notify the Superior Court of the State of Connecticut of the filing of this petition once the Summons and Complaint is returned to the State Superior Court.

DEFENDANT,
WALMART INC.

By: /s/ Renee W. Dwyer ct10580
Renee W. Dwyer, ct10580
641 Farmington Avenue
Hartford, CT 06105
Phone: (860) 523-8000
Fax: (860) 523-8002
E-Mail: rdwyer@conwaystoughton.com

4

## CERTIFICATION

I hereby certify that on January 27, 2023, a copy of the foregoing Notice of Removal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ <u>Renee W. Dwyer ct10580</u>
Renee W. Dwyer, ct10580

5

Conway Stoughton LLC • Attorneys at Law
641 Farmington Avenue, Hartford, CT 06105
(860) 523-8000 • Fax (860) 523-8002 • JURIS NO. 421209

# EXHIBIT A

Conway Stoughton LLC • Attorneys at Law
641 Farmington Avenue, Hartford, CT 06105
(860) 523-8000 • Fax (860) 523-8002 • JURIS NO. 421209

**SUMMONS - CIVIL**
JD-CV-1 Rev. 2-22
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

Instructions are on page 2.

| | For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA. | STATE OF CONNECTICUT SUPERIOR COURT www.jud.ct.gov  |

- [ ] Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.
- [x] Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.
- [ ] Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk (Number, street, town and zip code) | Telephone number of clerk | Return Date (Must be a Tuesday) |
|---|---|---|
| 50 Field Street, Torrington 06790 | (860) 626 – 2100 | 02/14/2023 |

| | | At (City/Town) | Case type code (See list on page 2) |
|---|---|---|---|
| [x] Judicial District | G.A. | Torrington | Major: T  Minor: 12 |
| [ ] Housing Session | [ ] Number: | | |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (if attorney or law firm) |
|---|---|
| Romanello Law Firm, 57 North Street, Suite 304, Danbury, CT 06810 | 427057 |

| Telephone number | Signature of plaintiff (if self-represented) |
|---|---|
| (203) 205 – 0891 | |

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.  [ ] Yes  [ ] No

E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book (if agreed)
jjr@romanellolawfirm.com

| Parties | Name (Last, First, Middle Initial) and address of each party (Number; street; P.O. Box; town; state; zip; country, if not USA) | |
|---|---|---|
| First plaintiff | Name: Demato, Susan<br>Address: 161 Westville Avenue Ext., Danbury, CT 06810 | P-01 |
| Additional plaintiff | Name:<br>Address: | P-02 |
| First defendant | Name: Walmart Inc. - Agent of Service - C T Corporation System<br>Address: 67 Burnside Ave, East Hartford, CT, 06108 | D-01 |
| Additional defendant | Name: Walmart Inc. - Attn: Store Manager<br>Address: 164 Danbury Road, New Milford, CT 06776 | D-02 |
| Additional defendant | Name:<br>Address: | D-03 |
| Additional defendant | Name:<br>Address: | D-04 |

| Total number of plaintiffs: 1 | Total number of defendants: 2 | [ ] Form JD-CV-2 attached for additional parties |

**Notice to each defendant**

1. You are being sued. This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date | Signed (Sign and select proper box) | [x] Commissioner of Superior Court | Name of person signing |
|---|---|---|---|
| 12/29/2022 | | [ ] Clerk | Joseph J. Romanello, Jr. |

**If this summons is signed by a Clerk:**
a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

For Court Use Only
File Date

| I certify I have read and understand the above: | Signed (Self-represented plaintiff) | Date | Docket Number |
|---|---|---|---|

Print Form   Page 1 of 2   Reset Form

A True Copy Attest
Thomas W Weik, CT State Marshal

| | | |
|---|---|---|
| RETURN DATE: FEBRUARY 14, 2023 | : | SUPERIOR COURT |
| SUSAN DEMATO | : | J.D. OF LITCHFIELD |
| VS. | : | AT TORRINGTON |
| WALMART INC. | : | DECEMBER 29, 2022 |

## COMPLAINT

1. The Plaintiff, Susan Demato (hereinafter the "Plaintiff"), is a resident of the City of Danbury, County of Fairfield, and State of Connecticut.

2. The Defendant, Walmart Inc. (hereinafter the "Defendant"), was and is at all times mentioned, a corporation duly organized and existing under the laws of the State of Arkansas and doing and authorized to do business as a foreign company in the State of Connecticut and engaged in operating a retail store located at 164 Danbury Road in the Town of New Milford, County of Litchfield and State of Connecticut.

3. At all relevant times, the Defendant possessed and controlled the premises located at 164 Danbury Road, New Milford, CT 06776.

4. At all relevant times, the Defendant invited the general public to enter upon the premises.

5. It was the duty of the Defendant to exercise ordinary care to maintain the premises in a reasonably safe condition for its customers, including the Plaintiff.

6. On or about December 31, 2020, at approximately 1:30 p.m., the Plaintiff, a customer of the Defendant, was entering upon the premises of the Defendant when said Plaintiff was caused to trip and fall on both of her knees due to an unsecure, loose and ripped rug (carpet) on the floor.

***THE ROMANELLO LAW FIRM, LLC***
*57 North Street, Suite 304, Danbury, CT 06810 · Telephone: (203) 205-0891 · Juris No. 427057*

7. The incident from which this action arose took place in the vicinity of the entrance of Defendant's store, located at the above mentioned address, at approximately 1:30 p.m. on December 31, 2020.

8. Immediately prior to the occurrence herein complained of, the Plaintiff was entering the Defendant's store to shop as a business invitee. While proceeding on the surface, and as a proximate result of the negligence of the Defendant, as alleged below, the Plaintiff tripped on the rug (carpet) which was ripped and not secured to the floor, thereby suffering the injuries and damages of which she herein complains.

9. At all times and place mentioned herein, the Defendant was negligent in allowing the rug to become ripped and unsecure.

10. The Defendant, by its agents, servants and/or employees, was negligent in one or more of the following ways:

   a. It negligently failed to maintain a reasonably safe premises by allowing an unreasonably dangerous condition to exist;

   b. It knew, or should have known, that the rug (carpet) had become a hazard by being both ripped and not secured to the floor;

   c. It failed to maintain the floor surface safe by removing the damaged and unsecured rug;

   d. The Defendant caused, or allowed and permitted, the rug to remain on the floor of the premises making it dangerous for use;

   e. The Defendant failed to implement a policy and procedure to protect its customers from the creation of an unsafe condition;

THE ROMANELLO LAW FIRM, LLC
57 North Street, Suite 304, Danbury, CT 06810 · Telephone: (203) 205-0891 · Juris No. 427057

12/30/2022

f. The Defendant otherwise failed to exercise due care in the maintenance of the premises.

11. As a proximate result of the Defendant's negligence, the Plaintiff suffered injuries to her right and left knee, some of which injuries are permanent in nature.

12. As a result of the Defendant's negligence and the Plaintiff's subsequent injuries, said Plaintiff was required to seek medical care and incur medical expenses and will continue to do so in the future.

13. As a further proximate cause of Defendant's negligence, the Plaintiff's health has been permanently impaired and in the future the Plaintiff will continue to suffer pain and injury as well as future medical expenses.

WHEREFORE, the Plaintiffs claim:

1. Compensatory damages.
2. Allowable costs.
3. Such other relief as may be just and proper within the jurisdiction of the court.

THE PLAINTIFF

BY: _____
Joseph J. Romanello, Jr.
Her Attorney
57 North Street Suite 304
Danbury CT 06810
203-205-0891
Juris No. 418177

**THE ROMANELLO LAW FIRM, LLC**
*57 North Street, Suite 304, Danbury, CT 06810 · Telephone: (203) 205-0891 · Juris No. 427057*

12/30/2022

| | |
|---|---|
| RETURN DATE: FEBRUARY 14, 2023 | : SUPERIOR COURT |
| SUSAN DEMATO | : J.D. OF LITCHFIELD |
| VS. | : AT TORRINGTON |
| WALMART INC. | : DECEMBER 29, 2022 |

## STATEMENT OF AMOUNT IN DEMAND

The amount, legal interest or property in demand is FIFTEEN THOUSAND DOLLARS or more, exclusive of interest and costs.

THE PLAINTIFFS

BY: _____
Joseph J. Romanello, Jr.
57 North Street Suite 304
Danbury CT 06810
203-205-0891
Juris No. 418177

A True Copy Attest:
Thomas W Weik CT State Marshal

***THE ROMANELLO LAW FIRM, LLC***
*57 North Street, Suite 304, Danbury, CT 06810 · Telephone: (203) 205-0891 · Juris No. 427057*

12/30/2022

# EXHIBIT B

7

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| SUSAN DEMATO | : |
|  Plaintiff | : |
| vs. | : Civil Action No.: |
| WALMART INC. | : |
|  Defendant | : JANUARY 27, 2023 |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, defendant, **Walmart Inc.,** hereby gives notice of the removal of the above-captioned action from the Superior Court of Connecticut, J.D. of Litchfield at Torrington, which is the judicial district in which said action will be filed based upon plaintiff's caption[1]. The grounds for removal are as follows:

1. By way of complaint dated December 29, 2022, the plaintiff, Susan Demato, commenced a civil action against Walmart Inc. in the Superior Court of

---

[1] The Return Date in State Court is February 14, 2023. The case has not yet been returned to court.

1

Conway Stoughton LLC • Attorneys at Law
641 Farmington Avenue, Hartford, CT 06105
(860) 523-8000 • Fax (860) 523-8002• JURIS NO. 421209

Connecticut, J.D. of Litchfield at Torrington, titled <u>Susan Demato v. Walmart Inc.</u> (the "Litchfield Action").

2. The plaintiff's Complaint alleges that as a result of the negligence of the defendant, the plaintiff was entering the premises of the defendant when she tripped and fell due to an unsecure, loose and ripped rug on the floor. She claims to have sustained injuries to her right and left knee, some of which injuries are allegedly permanent in nature. The Complaint states that the plaintiff incurred medical expenses and will continue to do so in the future. It further alleges that the plaintiff's health has been permanently impaired and in the future the plaintiff will continue to suffer pain and injury as well as future medical expenses. The demand for relief claims monetary damages in excess of $15,000.

3. This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1441 and 1332 because complete diversity exists between the plaintiff and the defendant, and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

4. There is complete diversity of citizenship between the plaintiff and the defendant. Plaintiff is an individual who is a citizen of the State of Connecticut.

2

Defendant Walmart Inc. is a Delaware corporation with a principal place of business in Bentonville, Arkansas.

5. Upon information and belief, the value of the Litchfield Action exceeds the sum or value of $75,000, exclusive of interest and costs. The amount in controversy exceeds such sum or value based on the need for future surgery and a torn left meniscus. This conclusion is bolstered by the plaintiff's pre-suit medical treatment, her pre-suit demand of $84,000.00, and the future medical expenses she claims she will incur due to surgery.

6. This Notice of Removal is being timely filed within 30 days after the receipt by defendant, Walmart Inc., through service of a copy of the initial pleading setting forth the claim for relief upon which plaintiff's claims are based, pursuant to 28 U.S.C. § 1446. Plaintiff served her Summons and Complaint in the Litchfield Action on defendant Walmart Inc., on both December 30, 2022 and January 3, 2023. Accordingly, the time for filing this Notice under the provisions of 28 U.S.C. § 1441 has not expired.

7. This Court would have had original subject matter jurisdiction of this action under the provisions of 28 U.S.C. § 1332 if the Litchfield Action had originally

3

been brought in Federal court. Removal, therefore, is proper under 28 U.S.C. § 1441(a).

8. Removal of this case on the basis of diversity citizenship is not precluded by 28 U.S.C § 1441(b)(2) because none of the parties in interest has joined and served as a defendant a citizen of the State of Connecticut, which is the State in which the Torrington Action was brought.

9. All state court papers served on the defendant at the time of removal, consisting of the summons and complaint, are attached hereto as **Exhibit A**.

10. Written notice of the filing of this Notice has been given to all parties as required by law (**Exhibit B**).

12. Pursuant to 28 USC §1446(d), the defendant will notify the Superior Court of the State of Connecticut of the filing of this petition once the Summons and Complaint is returned to the State Superior Court.

                                        DEFENDANT,
                                        WALMART INC.

By: /s/ Renee W. Dwyer ct10580
Renee W. Dwyer, ct10580
641 Farmington Avenue
Hartford, CT 06105
Phone: (860) 523-8000
Fax: (860) 523-8002
E-Mail: rdwyer@conwaystoughton.com

4

## **CERTIFICATION**

I hereby certify that on January 27, 2023, a copy of the foregoing Notice of Removal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Renee W. Dwyer ct10580
Renee W. Dwyer, ct10580

Conway Stoughton LLC • Attorneys at Law
641 Farmington Avenue, Hartford, CT 06105
(860) 523-8000 • Fax (860) 523-8002 • JURIS NO. 421209